JS-6

THE LAW OFFICE OF ABTIN AMIR, PC
Abtin Amir, CA Bar No. 305091
A.Amir@AbtinAmirLaw.com
Madeleine Messinger, CA Bar No. 342406
M.Messinger@AbtinAmirLaw.com
Michael Baker, CA Bar No. 312250
M.Baker@AbtinAmirLaw.com
4500 Park Granada, Suite 202
Calabasas, CA 91302
Tel No: (818) 336-1324

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CASTRO-MELCHOR, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-00342-SP<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION PURSUANT TO CCP § 664.6**<br><br>Judge:          Hon. Kenly Kiya Kato<br>Date Filed:    March 1, 2023 |

THE LAW OFFICE OF
ABTIN AMIR, PC

**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION PURSUANT TO CCP § 664.6**

1

## <u>ORDER</u>

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY

3  ORDERED THAT:

4      1.  The Court dismisses this entire action with prejudice pursuant to Rule

5         41(a)(A)(ii) of the Federal Rules of Civil Procedure.

6      2.  The Court retains jurisdiction over the Parties to enforce the terms of their

7         settlement agreement entitled "Confidential General Release and Settlement

8         Agreement" dated April 23, 2024.

9

10

11

12  Date: July 11, 2024

13  Hon. Kenly Kiya Kato

14  United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -